FILE COPY

RE: Case No. 15-0258                                DATE: 4/3/2015
COA #: 01-12-00953     TC#: 390,174-401
STYLE: DANIEL AND ERIN PERALES
    v. CLARENCE STUMHOFFER IN HIS CAPACITY AS HEIR TO THE
       ESTATE OF ROBERT B. STUMHOFFER, DECEASED

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                        MR. CHRISTOPHER PRINE
                        CLERK, FIRST COURT OF APPEALS
                        301 FANNIN
                        HOUSTON, TX  77002